## EXHIBIT "A"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jeffrey A. Brennan and Margaret J. Brennan<br>DEBTORS | CHAPTER 13 |
| Carrington Mortgage Services, LLC as servicer for Bank of America, N.A.<br>MOVANT<br>VS.<br><br>Jeffrey A. Brennan and Margaret J. Brennan<br>RESPONDENTS/DEBTORS<br><br>William C. Miller, TRUSTEE<br>ADDITIONAL RESPONDENT(S) | BANKRUPTCY CASE NO.<br>18-15996/ELF<br><br>11 U.S.C. SEC. 362 |

CARRINGTON MORTGAGE SERVICES, LLC AS SERVICER FOR BANK OF AMERICA, N.A.'S NOTICE OF DEFAULT OF STIPULATION

**RE: PROPERTY KNOWN AS 109 East Manoa Road, Havertown, PA 19083**

TO:
Jeffrey A. Brennan
109 East Manoa Road, Havertown, PA 19083

Margaret J. Brennan
109 East Manoa Road, Havertown, PA 19083

Brad J. Sadek, Esquire
1315 Walnut Street, Suite 502, Philadelphia, PA 19107
Sent via electronic notification: brad@sadeklaw.com

You are hereby notified that the Debtors are in default of the terms of the Stipulation entered into by the parties and approved by the Court. The Debtors have failed to make the following payments and late charges:

| | |
|---|---|
| Regular payments of $1,535.38 from June 1, 2019 through September 1, 2019 | $6,141.52; |
| Stipulation payments of $1,451.31 from May 1, 2019 through July 1, 2019 | $4,353.93 |
| Stipulation payment of $1,451.35 from August 1, 2019 through August 1, 2019 | $1,451.35 |
| Attorney fee for this Notice of Default | $100.00 |
| Less Suspense Balance | $27.24 |
| **TOTAL DEFAULT** | $12,019.56 |

If the default continues to the following month, the Debtor shall include funds to cure that month's default as well. Pursuant to the terms of the Stipulation, the full cure of the default must

be via certified funds, money orders or cashier's check, with the loan number clearly written thereon and made payable to Carrington Mortgage Services, LLC. During pendency of this default, please remit all payments to:

Shapiro & DeNardo, LLC
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406

The default must be cured within 15 days from the date below or Movant shall file a Certification of Default with the Court and request the Court to enter an Order granting Movant relief from the Automatic Stay.

                                              Respectfully submitted,

Dated:  September 5, 2019                    BY:/s/ Kevin S. Frankel
                                              Kevin S. Frankel, Esquire
                                              Shapiro & DeNardo, LLC
                                              3600 Horizon Drive, Suite 150
                                              King of Prussia, PA 19406
                                              (610) 278-6800/ fax (847) 954-4809
S&D File #:18-060726                      PA BAR ID #318323
                                              kfrankel@logs.com
                                              pabk@logs.com