IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Jeffrey A. Brennan and Margaret J. Brennan,<br>      Debtors. | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER<br>18-15996/ELF |
| Carrington Mortgage Services, LLC as servicer for Bank of America, N.A.,<br>      Movant,<br>v.<br>Jeffrey A. Brennan and Margaret J. Brennan,<br>      Debtors,<br><br>William C. Miller, Trustee,<br>   Additional Respondent. | 11 U.S.C. § 362 |

**O R D E R**

AND NOW, this  3rd  day of  October , 2019, after notice to all required parties and certification of default under the terms of this Court's Order of February 15, 2019 it is

ORDERED that the automatic stay under 11 U.S.C. § 362, is **MODIFIED** to allow Movant, or its successors, if any, to proceed with, or to resume proceedings in Mortgage Foreclosure, including, but not limited to Sheriff's or Marshal's Sale of 109 East Manoa Road, Havertown, PA 19083; and to take action, by suit or otherwise as permitted by law, in its own name or the names of its assignee, to obtain possession of said premises; and it is

FURTHER ORDERED that Rule 4001(a)(3) is not applicable and Movant, or its successors, if any, may immediately implement this order.

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**