UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>   Jeffrey A. Brennan<br>   Margaret J. Brennan<br><br>Debtors | Chapter 13<br><br><br>Case No.: 18-15996-ELF |

## ORDER

AND NOW, this __10th__ day of __December__ 2019, upon consideration of the Motion to Reconsider the Order Granting Relief from the Automatic Stay and a Hearing thereon, it is hereby;

ORDERED the Order dated October 3, 2019 is **VACATED** and the automatic stay is **RE IN STATED**.

**Order entered by default.**

_____
**ERIC L. FRANK**
**UNITED STATES BANKRUPTCY JUDGE**