## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Jeffrey A. Brennan and Margaret J. Brennan,<br>　　　Debtors. | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER<br>18-15996/ELF |
| Carrington Mortgage Services, LLC as servicer for Bank of America, N.A.,<br>　　　Movant,<br>v.<br>Jeffrey A. Brennan and Margaret J. Brennan,<br>　　　Debtors,<br>and<br>William C. Miller, Trustee,<br>　　　Additional Respondent. | |

## CERTIFICATION OF DEFAULT

Kristen D. Little, Esquire, Attorney for Movant, certifies that Debtors have defaulted upon the terms of this Court's Stipulation and Order dated February 15, 2019. It is further certified that the attached notice, marked as Exhibit "A," was served upon the Debtors and Debtors' Attorney on June 8, 2020. The Debtors have failed to cure the default as set forth in the Notice. The Debtors have failed to make the following payments:

| | |
|---|---|
| Regular payments of $1,519.79 from April 1, 2020 through July 1, 2020 | $6,079.16; |
| Attorney Fees associated with this default | $300.00 |
| Less Debtor's Suspense | $(1,475.29) |
| **TOTAL DEFAULT** | $4,903.87 |

Accordingly, pursuant to the Stipulation and Order, Movant respectfully requests this Court to enter the attached Order granting Movant relief from the automatic stay.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: July 22, 2020

　　　　　　　　　　　　　　　　　　　　/s/ Kristen D. Little
　　　　　　　　　　　　　　　　　　BY:_____
　　　　　　　　　　　　　　　　　　Kristen D. Little, Esquire
　　　　　　　　　　　　　　　　　　Shapiro & DeNardo, LLC
　　　　　　　　　　　　　　　　　　3600 Horizon Drive, Suite 150
　　　　　　　　　　　　　　　　　　King of Prussia, PA 19406
　　　　　　　　　　　　　　　　　　(610) 278-6800/ fax (847) 954-4809

S&D File #:18-060726　　　　　　　　PA BAR ID #79992
　　　　　　　　　　　　　　　　　　klittle@logs.com
　　　　　　　　　　　　　　　　　　pabk@logs.com