IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jeffrey A. Brennan and Margaret J. Brennan | CHAPTER 13 |
| DEBTORS | BANKRUPTCY CASE NUMBER 18-15996/ELF |
| Carrington Mortgage Services, LLC as servicer for Bank of America, N.A. MOVANT | 11 U.S.C. SEC. 362 |
| VS. | |
| Jeffrey A. Brennan and Margaret J. Brennan RESPONDENTS/DEBTORS | |
| William C. Miller, TRUSTEE ADDITIONAL RESPONDENT(S) | |

CARRINGTON MORTGAGE SERVICES, LLC AS SERVICER FOR BANK OF AMERICA, N.A.'S
NOTICE OF DEFAULT OF STIPULATION

**RE: PROPERTY KNOWN AS 109 East Manoa Road, Havertown, PA 19083**

TO:
Jeffrey A. Brennan
109 East Manoa Road
Havertown, PA 19083

Margaret J. Brennan
109 East Manoa Road
Havertown, PA 19083

Brad J. Sadek, Esquire
1315 Walnut Street
Suite 502
Philadelphia, PA 19107
Sent via electronic notification: brad@sadeklaw.com

     You are hereby notified that the Debtors are in default of the terms of the Stipulation entered into by the parties and approved by the Court. The Debtors have failed to make the following payments and late charges:

Regular payments of $1,519.79 from 04/01/2020 through 05/01/2020 which total $3,039.58;
Attorney fee of $100.00 for this Notice of Default
Less Debtor's Suspense $(702.89)

**TOTAL DEFAULT AS OF MAY 15, 2020 IS** $2,436.69

If the default continues to the following month, the Debtor shall include funds to cure that month's default as well.  Pursuant to the terms of the Stipulation, the full cure of the default must be via certified funds, money orders or cashier's check, with the loan number clearly written thereon and made payable to Carrington Mortgage Services, LLC.  During pendency of this default, please remit all payments to:

Shapiro & DeNardo, LLC
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406

The default must be cured within 15 days from the date below or Movant shall file a Certification of Default with the Court, and request the Court to enter an Order granting Movant relief from the Automatic Stay.

Respectfully submitted,

Dated:  June 8, 2020

BY: /s/ Kristen D. Little
Kristen D. Little, Esquire
Shapiro & DeNardo, LLC
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800/ fax (847) 954-4809

S&D File #:18-060726

PA BAR ID #79992
klittle@logs.com
pabk@logs.com