IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Jeffrey A. Brennan and Margaret J. Brennan, <br>　　Debtors. | CHAPTER 13 <br><br> BANKRUPTCY CASE NUMBER <br> 18-15996/ELF |
| Carrington Mortgage Services, LLC as servicer for Bank of America, N.A., <br>　　Movant, <br> v. <br> Jeffrey A. Brennan and Margaret J. Brennan, <br>　　Debtors, <br><br> William C. Miller, Trustee, <br>　　Additional Respondent. | 11 U.S.C. § 362 |

**O R D E R**

AND NOW, this __30th__ day of ___July___, 2020, upon certification of default under the parties' prior Stipulation, it is

**ORDERED** that the automatic stay under 11 U.S.C. § 362, is **MODIFIED** to allow Movant, or its successors, if any, to proceed with, or to resume proceedings in Mortgage Foreclosure, including, but not limited to Sheriff's or Marshal's Sale of 109 East Manoa Road, Havertown, PA 19083; and to take action, by suit or otherwise as permitted by law, in its own name or the names of its assignee, to obtain possession of said premises; and it is

FURTHER **ORDERED** that Rule 4001(a)(3) is not applicable and Movant, or its successors, if any, may immediately implement this order.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**